## HOUSING AUTHORITY OF THE CITY OF NORWALK v. CLARA ELMORE ET AL.
### (11333)

O'CONNELL, FOTI and HEIMAN, Js.

Argued March 23—decision released June 29, 1993

*Bruce L. Lev* and *Donna M. Lattarulo,* for the appellant (plaintiff).

*Steven R. Berg,* with whom were *Dennis J. O'Brien* and, on the brief, *Terrence Real,* for the appellees (named defendant et al.).

PER CURIAM. This appeal is controlled by *Housing Authority* v. *Harris,* 225 Conn. 600, 625 A.2d 816 (1993).

The judgment is affirmed.